IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS GORDON,

     Plaintiff,                       No. CIV S-03-1698 FCD GGH P

   vs.

C.K. PLILER, et al.,

     Defendants.               <u>ORDER</u>

_____/

        On May 2, 2005, plaintiff filed a request to extend the discovery cut-off date of April 29, 2005, by 120 days. Plaintiff states that he will be paroling on August 17, 2005, and will be unable to obtain his discovery that supports his claim until that time. Plaintiff also states that he will seek counsel once paroled.

        Plaintiff does not state why he was unable to conduct discovery. The court is reluctant to extend the discovery cut-off date on grounds that plaintiff believes he will be better able to litigate this action once he is out of prison. For these reasons, the court finds that the request to extend the discovery cut-off date is not well supported.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's May 2, 2005, request for
2  extension of time is denied.
3  DATED:  6/7/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
gord1698.ord