IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS GORDON,

      Plaintiff,                    No. CIV S-03-1698 FCD GGH P

    vs.

C.K. PLILER, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Pursuant to the January 25, 2005, scheduling order, the dispositive motion cut-off date is June 24, 2005.  The court has separately granted defendants' request for an extension of time until July 24, 2005, to file a summary judgment motion.  On June 23, 2005, plaintiff filed a request for a sixty day extension of time to file a dispositive motion.  The court will grant plaintiff until July 24, 2005, to file his dispositive motion.  If additional time is required, plaintiff may file another request for extension of time.

        In his June 23, 2005, request, plaintiff also states that he has been denied access to the law library.  The documents attached to the request indicate that plaintiff was not granted law library access because he could not demonstrate a legal deadline due to an inability to access his legal property.  Because the instant order contains a legal deadline, plaintiff should be able to obtain law library access.

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. Plaintiff's June 23, 2005, request for extension of time to file a dispositive

3 motion is granted; plaintiff may file a summary judgment motion on or before July 24, 2005;

4       2. Plaintiff's request for law library access contained in his June 23, 2005,

5 pleading is denied as unnecessary.

6 DATED:   7/14/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
gord1698.ord(2)

2