IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS GORDON,

      Plaintiff,                    No. CIV S-03-1698 FCD GGH P

   vs.

C.K. PLILER, et al.,

      Defendants.           ORDER

_____/

       Plaintiff has filed his second request for an extension of time to file and serve a dispositive motion pursuant to the court's order of January 12, 2005. Pursuant to the order filed July 15, 2005, plaintiff's dispositive motion was due on or before July 24, 2005.

       The court will grant plaintiff thirty days to file a dispositive motion, such as a summary judgment motion. On August 22, 2005, defendants filed a summary judgment motion. The court will grant plaintiff an extension of thirty days from the date of this order to file his opposition to defendants' summary judgment motion.

       IT IS HEREBY ORDERED that:

       1. Plaintiff's July 25, 2005 second request for an extension of time is granted; and

/////

/////

1         2. Plaintiff is granted thirty days from the date of this order in which to file and serve a dispositive motion; plaintiff's opposition to defendants' summary judgment motion is due thirty days from the date of this order.

DATED: 8/3/05

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:bb
gord1698.36(2)