IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS GORDON,

    Plaintiff,                    No. CIV S-03-1698 FCD GGH P

    vs.

C.K. PLILER, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Defendants filed a motion for summary judgment on July 22, 2005. Pending resolution of this motion, the pretrial conference and jury trial dates will be vacated.

        Accordingly, IT IS ORDERED that the pretrial conference set for October 14, 2005, and the jury trial set for January 3, 2006, before the Honorable Frank Damrell, are hereby VACATED.

DATED:  11/7/05

                                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

GGH:035
gord1698.vac

1