1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9    JOSE LUIS GORDON,

10            Plaintiff,                    No. CIV S-03-1698 FCD GGH P

11        vs.

12   C.K. PLILER, et al.,

13            Defendants.                   ORDER

14   _____/

15            On November 2, 2005, plaintiff filed a request for an extension of time to file and

16   serve an opposition to defendants' July 22, 2005 motion for summary judgment.  On August 4,

17   2005, the court granted plaintiff a thirty day extension to file his opposition.  The pending request

18   is not timely.

19            In the instant request, plaintiff states that he was unable to file a timely opposition

20   because on September 9, 2005, he was arrested for a parole violation.  He states that he will not

21   have access to his paperwork related to this case until he is released on parole on January 6,

22   2006.

23            The court will order plaintiff's opposition to defendants' summary judgment

24   motion due on or before January 20, 2006.  No further extensions of time will be granted.

25   /////

26   /////

1     Accordingly, IT IS HEREBY ORDERED that:

2         1. Plaintiff's November 2, 2005 request for an extension of time is granted; and

3         2. Plaintiff's opposition to defendants' summary judgment motion is due on or

4     before January 20, 2006; no further extensions of time will be granted.

5     DATED:   11/18/05

6
                                                    /s/ Gregory G. Hollows
7                                                   _____
                                                    GREGORY G. HOLLOWS
8                                                   UNITED STATES MAGISTRATE JUDGE

9     GGH:mp
      gord1698.36
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26