1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE LUIS GORDON,

11            Plaintiff,                          No. CIV S-03-1698 FCD GGH P

12        vs.

13   C.K. PLILER, et al.,

14            Defendants.                         ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On January 31, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

                                                1

1      1.  The findings and recommendations filed January 31, 2006 are adopted in full;

2  and

3      2.  Defendants' July 22, 2005, motion for summary judgment is granted.

4  DATED: July 27, 2006

5

6           /s/ Frank C. Damrell Jr.
             FRANK C. DAMRELL JR.

7           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26